IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMAG MARKETING GROUP LLC,** | : | **CIVIL ACTION NO. 1:06-CV-1486** |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **MID-STATES DISTRIBUTORS, LLLP,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 21st day of November, 2006, upon consideration of plaintiff's motion for default judgment (Doc. 11),[1] averring that defendant is indebted to plaintiff in the amount of $110,516.35 (see Doc. 11 ¶ 9) and that plaintiff is entitled to recover its costs, including attorneys' fees, in the amount of $19,403.47 (see Doc. 14 ¶ 2), and seeking injunctive relief to restrain defendant from impairing or depleting the assets that form the security interest for its debts to plaintiff (see Doc. 11 ¶ 22), and upon further consideration of the order of court dated November 2, 2006 (Doc. 12) permitting defendant to file a response to the instant motion by November 17, 2006, and it appearing that defendant has not filed a response to the instant motion as of the date of this order, see L.R. 7.6, and the court finding that the requested attorneys' fees and costs are reasonable (see Doc. 14), that defendant is indebted to plaintiff in the amount of $110,516.35 (see Doc. 11, Ex. A-3), and that

---

[1] The Clerk of Court entered default against defendant on September 5, 2006 for failure to plead or otherwise defend pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.  (See Doc. 10.)

plaintiff has a continuing first priority security interest in defendant's inventory and accounts receivable relating to the magazines provided to defendant by plaintiff (see Doc. 11, Ex. A-1 ¶ 3.4), it is hereby ORDERED that:

1. Judgment is entered in favor of plaintiff and against defendant in the amount of $129,919.82, consisting of:

    a. $110,516.35 in indebtedness for defendant's breach of the agreement between the parties,

    b. $18,905.00 in reasonable attorney's fees, and

    c. $498.47 in reasonable costs.

2. Defendant is permanently enjoined from depleting or impairing the assets that form the security interest held by plaintiff to secure defendant's debt.

3. The Clerk of Court is directed to CLOSE this case.

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge